## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Texas

Case Number: 317CV00517N

Plaintiff:
**THE UNITED STATES OF AMERICA**

vs.

Defendant:
**SANCHEZ**


FWT2017000347

For:
Doug Ray
RAY & WOOD
2700 Bee Caves Road
Suite 200
Austin, TX 78746

Received by Alliance Civil Process, Inc. on the 27th day of February, 2017 at 10:34 am to be served on **PABLO SANCHEZ D/B/A PABLO SANCHEZ FRAMING, 3411 HIDALGO DRIVE, #125, DALLAS, DALLAS County, TX 75220**.

I, Kelly Ross, being duly sworn, depose and say that on the **4th day of April, 2017** at **3:10 pm, I:**

delivered a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date of service endorsed thereon by me, to PABLO SANCHEZ D/B/A PABLO SANCHEZ FRAMING by:

**SUBSTITUTED SERVICE**, to:

**ROSA SANCHEZ, SPOUSE,** at the address of: **9938 WITHAM ST., DALLAS, DALLAS County, TX 75220**, who is sixteen (16) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices. I have personal knowledge of the facts stated above and declare under penalty of perjury that each is true and correct.

Subscribed and Sworn to before me on the 7
day of April, 2017 by the affiant
who is personally known to me.

NOTARY PUBLIC

MEGAN NULL
Notary Public, State of Texas
My Commission Expires
September 29, 2018

Kelly Ross
SCH-1903; Exp: 11/30/2018

**Alliance Civil Process, Inc.**
**1601 Gill St.**
**Fort Worth, TX 76131**
**(817) 306-4150**

Our Job Serial Number: FWT-2017000347
Service Fee: $90

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-cv-00517-N |
| | ) |
| Sanchez | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Pablo Sanchez

*doing business as* Pablo Sanchez Framing

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Doug Ray
2700 Bee Caves Road, Suite 200
Austin , TX 78746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 02/23/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-00517-N

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                  Server's signature

                                             _____
                                                  Printed name and title

                                             _____
                                                  Server's address

Additional information regarding attempted service, etc: